FILED ✓         RECEIVED ___
ENTERED ___     SERVED ON ___
COUNSEL/PARTIES OF RECORD

AUG - 3 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:08-CR-138-RLH (GWF) |
| v. ) | |
| ) | |
| PAUL ASHLEY, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On January 29, 2010 and March 30, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant PAUL ASHLEY to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant PAUL ASHLEY pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on March 5, 2010, March 12, 2010, and March 19, 2010 in the Las Vegas Review-Journal/Sun notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

- a) a Taurus pistol, .40 caliber, model PT 100, serial number TND63654;
- b) a Norinco rifle, 7.62 caliber, Model Mak-90 sporter, serial number 9429759;
- c) Two (2) Savage Arms .22 caliber rifles with overall lengths of approximately 21 inches and barrel lengths of approximately 10 inches, with obliterated serial numbers, each having a barrel of less than 16 inches in length;
- d) a Hawk Industries .12 gauge shotgun with an overall length of 27.5 inches and a barrel length of 16 inches with an obliterated serial number;
- e) a Ruger model P95DC, 9 mm pistol, serial number 312-28185;
- f) a Russian made SKS 7.62 caliber rifle, serial number AY003292;
- g) a Smith and Wesson Model 19-4, .357 caliber revolver, serial number 56K8550;
- h) a Colt Python, .357 caliber revolver, serial number E96875;
- i) Three ammunition magazines for a Ruger model P95DC, 9 mm pistol;
- j) PRO MAG .45 caliber drum magazine; and
- k) 39 rounds of 7.62 caliber ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

2

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3  DATED this ___3___ day of __August__, 2010.

5  _____
   UNITED STATES DISTRICT JUDGE