# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>PAUL ASHLEY,<br><br>        Defendant. | 2:08-cr-138-RLH-GWF<br><br>ORDER APPOINTING COUNSEL |

The individual named above, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel and, because the interests of justice so require, the Court finds that Paul Ashley is indigent, therefore;

IT IS HEREBY ORDERED that the Federal Public Defender is appointed to represent Paul Ashley in the matter of a motion for early termination of conditions of supervised release.

IT IS FURTHER ORDERED that in the event of a hearing the defendant may petition for service of subpoenas on necessary witnesses.

DATED this ___11th___ of December, 2013.

_____
ROGER L. HUNT
United States District Judge